Prob 22 (Rev. 03/97)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Transferring Court)<br>0864-0:01CR00069-2(JMR)/~~(JMR)~~ FLN<br>DOCKET NO. (Receiving Court) |

| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
|---|---|---|
| Robert Russell Hibbs<br>400 Alton Road #1203<br>Miami Beach, FL 33139 | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>Honorable James M. Rosenbaum | |
| | DATES OF SUPERVISION FROM | TO |

OFFENSE

Tax Evasion, Conspiracy to Commit Offenses Against the U.S., and Securities Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

November 24, 2004
Date

United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

1/24/05
Effective Date

United States District Judge

SCANNED
JAN 31 2005
U.S. DISTRICT COURT ST. PAUL